**Opinion issued May 21, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

**NO. 01-24-00017-CV**

_____

**CEDRIC DWAYNE BROWN, Appellant**

**V.**

**MOMEN ADNAN ALAMEER, Appellee**

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Case No. 2022-37736**

---

**MEMORANDUM OPINION**

Appellant, Cedric Dwayne Brown, has filed an unopposed motion for voluntary dismissal of this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.